1374 HAINES vs. BOARD OF SUPERVISORS (Saginaw), No. 11997; 87 M., 237; 99 M., 32.

To compel respondent to allow to a township a certain credit and to provide for its payment.

Order to show cause granted March 13, 1891. Issues settled and remanded for trial July 28, 1891.

Writ granted February 12, 1894, with costs.

Held, a proper case for reference by the Circuit Court to a referee, under How. Stat., Sec. 7378.